IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MICHAEL W. HARVEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) Case No. 03-391-DRH |
| **ASSISTANT WARDEN WEST,** | ) |
| **STEVE STILOHRI,** | ) |
| **CAPTAIN McCHANAHEY, and** | ) |
| **CHAPLIN KLIENS** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is defendants' Motion to Set Aside Default, filed by defendants Jon Kline (sued as Chaplain Kleins) and Steve Stilohri. **(Doc. 36)**.

**Fed. R. Civ. P. 55(c)** permits the Court to set aside an entry of default prior to judgment. Defendant must establish good cause for the default, quick action to correct the default, and a meritorious defense. ***Breuer Electric Manufacturing Company v. Toronado Systems of America***, 687 F.2d 182, 185 (7th Cir. 1982).

The Court finds that defendants have established good cause for their failure to appear, as set forth in their memorandum, Doc. 37. They have requested representation by the Office of the Attorney General. They have acted quickly to correct the default. Lastly, they have raised a meritorious defense. In addition, "No relief shall be granted to the plaintiff unless a reply has been filed." **42 U.S.C. § 1997(e)(g)(1)**.

Upon consideration and for good cause shown, defendants' Motion to Set Aside Default **(Doc. 36)** is **GRANTED.**

The Clerk's entry of default **(Doc. 25)** is **VACATED**.

**IT IS SO ORDERED.**

**DATED: July 20, 2006.**

<u>**s/ Clifford J. Proud**</u>
**CLIFFORD J. PROUD**
**U.S. MAGISTRATE JUDGE**