IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MICHAEL W. HARVEY,** | ) |
| **Plaintiff,** | ) ) ) |
| -vs- | )   **NO. 03-391-CJP** |
| **ILLINOIS DEPARTMENT OF CORRECTIONS, ASST. WARDEN WEST, STEVE STILOHRI, CAPTAIN McCHANAHEY, and CHAPLIN KLEINS,** | ) ) ) ) ) ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

Defendant **ILLINOIS DEPARTMENT OF CORRECTIONS** was dismissed on December 30, 2004, by an Order entered by United States District David R. Herndon (Doc. 9).

The remaining defendants were granted summary judgment on March 13, 2007, by an Order entered by Magistrate Judge Clifford J. Proud (Doc. 55).

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of defendants **ILLINOIS DEPARTMENT OF CORRECTIONS, ASST. WARDEN PATRICIA WEST, STEPHEN SOTIROFF,** (incorrectly sued as Steve Stilohri) **EDWARD McCONAUGHAY** (incorrectly sued as Captain McChanahey) and **JON KLINE** (incorrectly sued as Chaplain Kleins) and against plaintiff **MICHAEL W. HARVEY.**

Plaintiff shall take nothing from this action.

**DATED** this 14th day of March, 2007

                                                **NORBERT G. JAWORSKI, CLERK**

                                                **BY: <u>S/ Angela Vehlewald</u>**
                                                            **Deputy Clerk**

**Approved by <u>    S/ Clifford J. Proud    </u>**
                  **United States Magistrate Judge**
                         **Clifford J. Proud**